Case 4:22-cv-00355   Document 10   Filed on 02/25/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANKUS, L.L.C., | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 4:22-cv-00355 |
| PHH MORTGAGE CORP. AND USAA FEDERAL SAVINGS BANK, | | |
| *Defendants*. | | |

## ORDER GRANTING UNOPPOSED MOTION

The Court, having considered Defendant USAA Federal Savings Bank's ("Defendant") Unopposed Motion to Enlarge Deadline to Answer or Otherwise Respond to Amended Complaint ("Unopposed Motion"), finds that the Unopposed Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Petition and Application for Temporary Restraining Order (Doc. No. 1-9) is April 25, 2022.

SIGNED this **25th** day of February, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE