United States District Court
Southern District of Texas
**ENTERED**
April 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANKUS, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-22-0355 |
| § | |
| PHH MORTGAGE CORPORATION and § | |
| USAA FEDERAL SAVINGS BANK, § | |
| § | |
| Defendants. § | |

### ORDER

Having carefully considered plaintiff, Ankus, L.L.C.'s, Motion to Remand (Docket Entry No. 6) and Defendant, PHH Mortgage Corporation's, Response in Opposition to Plaintiff's Motion to Remand (Docket Entry No. 13), the court concludes that plaintiff's Motion to Remand (Docket Entry No. 6) should be and is hereby **DENIED** because there is no reasonable basis for concluding that plaintiff could prevail against USAA Federal Savings Bank on any of its claims.

**SIGNED** at Houston, Texas, on this the 11th day of April, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE