United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANKUS, L.L.C. A TEXAS LIMITED LIABILITY COMPANY § § § § Plaintiff, § § VS. § § PHH MORTGAGE CORP. § AND USAA FED. SAVINGS BANK § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00355 |

## ORDER OF DISMISSAL TO USAA FSB

The Court, having considered the Motion to Dismiss as to USAA FSB filed by Plaintiff Ankus, L.L.C. ("Plaintiff") finds that the Motion should be, and hereby is, in all things, GRANTED. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims asserted by Plaintiff Ankus, L.L.C., against USAA FSB are hereby **DISMISSED** without Prejudice.

SIGNED this 25th day of April, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

1